

NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WALTER G. SMITH<br>d/b/a IMPACT IMAGES,<br><br>Plaintiff<br><br>vs.<br><br>DALLAS COWBOYS MERCHANDISING,<br>LTD., DALLAS COWBOYS FOOTBALL<br>CLUB, LTD., DALLAS COWBOYS PRO<br>SHOPS, L.P., ESPORTS PARTNERS, INC.,<br>REEBOK INTERNATIONAL, LTD.,<br>EMMITT ZONE, INC., and ADVANTAGE<br>MARKETING GROUP, INC.,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:04-CV-575-M<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Agreed Motion to Dismiss with Prejudice filed by the parties and is of the opinion that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that any and all claims brought by Walter G. Smith d/b/a Impact Images against Dallas Cowboys Merchandising, Ltd., Dallas Cowboys Football Club, Ltd., Dallas Cowboys Pro Shops, L.P., ESports Partners, Inc. Reebok International, Ltd., Emmitt Zone, Inc. and Advantage Marketing Group, Inc. be and are hereby DISMISSED WITH PREJUDICE; its is further

ORDERED, ADJUDGED AND DECREED that any and all counter-claims brought by Dallas Cowboys Merchandising, Ltd., Dallas Cowboys Football Club, Ltd., Dallas Cowboys Pro Shops, L.P., ESports Partners, Inc. Reebok International, Ltd., Emmitt Zone, Inc. and Advantage Marketing Group, Inc, against Walter G. Smith d/b/a Impact Images be and are hereby DISMISSED WITH PREJUDICE; it is further

**AGREED ORDER OF DISMISSAL WITH PREJUDICE** Page 1

ORDERED, ADJUDGED AND DECREED that each party shall be responsible for their own costs and attorneys' fees.

Signed this 14 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND ENTRY:**

*[signature]*

Brad C. Mall
State Bar No. 24007593
Counsel for Walter G. Smith d/b/a Impact Images

*[signature]*

Levi G. McCathern, II
State Bar No. 00787990
Counsel for Dallas Cowboys Merchandising, Ltd., Dallas Cowboys Football Club, Ltd., Dallas Cowboys Pro Shops, L.P., ESports Partners, Inc. Reebok International, Ltd., Emmitt Zone, Inc. and Advantage Marketing Group, Inc.

# CASE CLOSED

**CASE NUMBER:** 3:04-cv-575-M

**DATE:** 06/14/05

**TRIAL: YES**_____ **NO** __X__